IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
99 NOV 19 PM 3:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

BERTIE DARLENE MARTIN, )
    PLAINTIFF, )
                          CV-99-AR-0744-M
VS. )
GREATER GADSDEN HOUSING )
AUTHORITY, et al., )
    DEFENDANTS. )
)

ENTERED
NOV 19 1999

### ORDER

This cause coming before the court on the Verified Motion for Contempt Sanctions ("the Motion") filed by plaintiff, and the parties having advised the court that they have reached a settlement concerning the motion and that the following Order may be entered by the Court, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

    1.    That the defendants shall extend plaintiff's Section 8 voucher, due to expire on November 16, 1999, for another month to December 16, 1999.

    2.    That the permanent injunction provisions of the court's Order of April 23, 1999 be and hereby are modified to add that defendants are also permanently **ENJOINED** from relating to prospective landlords any of the allegations made against plaintiff in the Section 8 administrative proceedings which were the subject of plaintiff's complaint. If defendants are asked by a prospective

landlord about plaintiff's lawsuit or plaintiff's history as a Section 8 tenant, defendants shall decline to provide any information about plaintiff's lawsuit against defendants to a prospective landlord other than that plaintiff was the prevailing party in that case and that any further information would have to be obtained from plaintiff's attorney Ralph Strawn.

  3. That except as herein modified, the provisions of the Court's Order of April 23, 1999 remain in full force and effect. All other relief prayed for in the Motion except as herein granted is denied.

  4. That the parties shall bear their own court costs and attorneys' fees incurred in connection with the prosecution and defense of plaintiff's Motion.

  DONE this 19th day of November, 1999.

           WILLIAM M. ACKER, JR.
           UNITED STATES DISTRICT JUDGE

**Approved:**

RALPH K. STRAWN, JR.
Attorney for Plaintiff

DAVID C. LIVINGSTON
Attorney for Defendants